AO 440 (Rev. 05/00) Summons in a Civil Action



# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

SUMMONS IN A CIVIL CASE

BRADLEY KEITH KAEMMERER

V.

FIFTH THIRD BANK, N.A. and THE ROTH MORGAN FIRM CORP.,

CASE NUMBER: 1:17-cv-03720

ASSIGNED JUDGE: Edmond E. Chang

DESIGNATED MAGISTRATE JUDGE: Hon. M. David Weisman

TO: (Name and address of Defendant)

The Roth Morgan Firm Corp
c/o Registered Agent
Andrew Marrero
37 North Orange Avenue, Suite 500
Orlando, FL 32801

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Nathan C. Volheim
Sulaiman Law Group, Ltd.
900 Jorie Boulevard, Suite 150
Oak Brook, Illinois 60523

an answer to the complaint which is herewith served upon you, _____21_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK

*(signature)*

(By) DEPUTY CLERK



May 18, 2017

DATE



# AFFIDAVIT OF PROCESS SERVER

Job # 2017003809

**Client Info:**

Sulaiman Law Group, Ltd.

900 Jorie Blvd., Suite 150
Oak Brook, IL 60523

**Case Info:**

| | |
|---|---|
| **PLAINTIFF:** | UNITED STATES DISTRICT COURT |
| BRADLEY KETIHER KAEMMERER | |
| -versus- | |
| **DEFENDANT:** | Court Case # **1:17-CV-03720** |
| FIFTH THIRD BANK, N.A. AND THE ROTH MORGAN FIRM CORP. | |

**Service Info:**

Date Received: 5/23/2017 at 11:01 AM
Service: I Served **THE ROTH MORGAN FIRM CORP C/O REGISTERED AGENT ANDREW MARRETO**
With: **SUMMONS IN A CIVIL CASE, COMPLAINT**
by leaving with **NATASHA KYEI, AUTHORIZED TO ACCEPT**

At Business 37 NORTH ORANGE AVENUE, SUITE 500 ORLANDO, FL 32801
On **5/24/2017** at **04:00 PM**
Manner of Service: **2. CORPORATE**
CORPORATE SERVICE: F.S. 48.081 (1)(a)(b)(c)(d), (2) or (3)

**Served Description:** (Approx)

Age: **25-35**, Sex: **Female**, Race: **Black**, Height: **5' 6"**, Weight: **140**, Hair: **Black** Glasses: **Yes**

**Military Status:**

**Military Status = No**

I **BENNY GONZALEZ** certify that I am over the age of 18, have no interest in the above action, and I am authorized in the jurisdiction in which this service was made.

Signature of Server:
**BENNY GONZALEZ**
**0298 & 180016**

**ACCURATE SERVE MIAMI**
151 N NOB HILL ROAD SUITE 378
Plantation, FL 33324

Client # 2017001974

KONSTANTIN FEDOTOV
Commission # FF 84196
My Commission Expires
January 16, 2018

SUBSCRIBED AND SWORN to before me this 25 day of May 2017, by **BENNY GONZALEZ**,
Proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

NOTARY PUBLIC for the state of Florida